UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALFRED MILLER, JR.
        Plaintiff,
    v.                                   **Judgment in a Civil Case**
NEW HANOVER COUNTY
        Defendant.                    Case Number: 5:12-CT-3065-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as duplicative.

<u>This Judgment Filed and Entered on October 5, 2012, with service on:</u>
(via U.S. Mail)
Alfred Miller, Jr.
0281135
Greene Correctional Institution
P.O. Box 39
Maury, NC 28554

  October 5, 2012                                                      /s/ Julie A. Richards
                                                                         Clerk